[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10015
Non-Argument Calendar

_____

D.C. Docket No. 5:18-cr-00002-RBD-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN PABLO MALAGON-ALVAREZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 2, 2020)

Before WILLIAM PRYOR, Chief Judge, JILL PRYOR and GRANT, Circuit
Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Juan Pablo Malagon-Alvarez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Malagon-Alvarez's convictions and sentences are **AFFIRMED**.